UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYRONE JOHNSON,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF OLYMPIA, et al.<br><br>                Defendants. | CASE NO. C17-5403-MJP<br><br>ORDER DENYING MOTION TO QUASH OR MODIFY SUBPOENA |

THIS MATTER comes before the Court on Plaintiff's Motion to Quash or Modify Subpoena. (Dkt. No. 20.) Having reviewed the Motion, the Response (Dkt. No. 21) and all related papers, the Court DENIES the Motion to Quash or Modify Subpoena. The employment records sought by the subpoena are relevant to the claims and defenses at issue in this litigation, are nonnprivileged, and Plaintiff has not met his burden of demonstrating that discovery should not be allowed. Defendants shall not disclose the employment records to anyone other than the attorneys of record or experts retained in this case, and shall destroy or return the records at the conclusion of this case.

1 The clerk is ordered to provide copies of this order to all counsel.

2 Dated January 3, 2018.

Marsha J. Pechman
United States District Judge