# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TYRONE JOHNSON,<br><br>                 Plaintiff,<br><br>    v.<br><br>CITY OF OLYMPIA, et al.,<br><br>                 Defendant. | CASE NO. C17-5403-MJP<br><br>ORDER DISMISSING CLAIMS OF ASSAULT, BATTERY, AND UNLAWFUL IMPRISONMENT |

THIS MATTER comes before the Court on stipulation of Counsel. (Dkt. No. 29.) Having considered the stipulation, the Court ORDERS the Plaintiff's causes of action for assault, battery and unlawful imprisonment dismissed with prejudice and without costs or fees to any party, as to all defendants.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 18, 2018.

                                                      Marsha J. Pechman
                                                    United States District Judge