# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TYRONE JOHNSON, | CASE NO. C17-5403-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF OLYMPIA, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: At the Parties' request, Defendants' Motion for Relief from a Deadline (Dkt. No. 26), Motion for Leave to File Amended Answer (Dkt. No. 27), and Motion to Dismiss (Dkt. No. 28) are stricken from the docket.

The clerk is ordered to provide copies of this order to all counsel.

Filed January 22, 2018.

William M. McCool<br>Clerk of Court

MINUTE ORDER - 1

s/Paula McNabb
Deputy Clerk