UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYRONE JOHNSON, | CASE NO. C17-5403-MJP |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO PRODUCE EXPERT REPORTS |
| v. | |
| CITY OF OLYMPIA, et al., | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiff's Motion for Extension of Time to Produce Expert Reports. (Dkt. No. 30.) Having reviewed the Motion, the Response (Dkt. No. 33), the Reply (Dkt. No. 36) and all related papers, the Court GRANTS the Motion.

While the record suggests that Plaintiff's counsel was far from diligent in managing the case schedule, the Court finds that it would be unjust to penalize Plaintiff for an error not of his doing and that extending the deadline for expert reports will not prejudice Defendants. Plaintiff's counsel is advised to comply with the scheduling order going forward. If unable to do so, counsel is advised to seek relief before, and not after, deadlines have passed. Plaintiff is ORDERED to serve expert reports within three (3) days of the date of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 26, 2018.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge