UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYRONE JOHNSON,<br><br>             Plaintiff,<br><br>   v.<br><br>CITY OF OLYMPIA, et al.,<br><br>             Defendants. | CASE NO. C17-5403-MJP<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |

THIS MATTER comes before the Court on Defendants' Motion to File an Overlength Brief in Response to Plaintiff's Motion to Compel. Having reviewed the Motion and all related papers, the Court GRANTS the Motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 26, 2018.

Marsha J. Pechman
United States District Judge

ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF - 1