**Hon. Marsha J. Pechman**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TYRONE JOHNSON,<br><br>                Plaintiff,<br>vs.<br><br>CITY OF OLYMPIA, et al.,<br><br>                Defendants | NO. 3:17-cv-05403-MJP<br><br>**STIPULATION AND AGREED PROTECTIVE ORDER** |

IT IS HEREBY STIPULATED by and between Beverly Grant and Elizabeth Lunde, counsel for Plaintiff herein, and John E. Justice, counsel for Defendants herein, that any records produced by the City of Olympia, in response to the Court's May 9, 2018 Order (Dkt. No. 44), will not be disclosed by plaintiff's counsel to anyone other than the attorneys of record or their retained experts, and plaintiff's counsel will return the produced employment records at the conclusion of this case. This stipulation does not address the use of these records in court proceedings in the above captioned case. Any such use will, if necessary, be addressed by motion.

STIIPULATION AND AGREED PROTECTIVE
ORDER – 1
Cause No.: 3:17-cv-05403-MJP

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480 FAX: (360) 357-3511*

| | |
|---|---|
| Stipulated to this 23rd day of May, 2018. | |
| LAW, LYMAN, DANIEL, KAMERRER BOGDANOVICH, P.S. | BEVERLY GRANT LAW FIRM, P.S. |
| *s/ John E. Justice* | *s/ Beverly Grant* |
| John E. Justice, WSBA No. 23042<br>Attorneys for Defendants | Beverly Grant, WSBA No. 8034<br>Elizabeth Lunde, WSBA No. 51565<br>Attorneys for Plaintiff |

**STIIPULATION AND AGREED PROTECTIVE ORDER – 2**
**Cause No.: 3:17-cv-05403-MJP**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 R.W. JOHNSON RD. TUMWATER, WA 98512*
*P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480 FAX: (360) 357-3511*

# ORDER

THIS MATTER having come on before the above-entitled court upon stipulation of counsel, the court having examined the records and being fully advised in the matter, now, therefore, IT IS HEREBY ORDERED that any records produced by the City of Olympia, in response to the Court's May 9, 2018 Order (Dkt. No. 44), will not be disclosed by plaintiff's counsel to anyone other than the attorneys of record or their retained experts, and plaintiff's counsel will return the produced employment records at the conclusion of this case. This stipulation does not address the use of these records in court proceedings in the above captioned case. Any such use will, if necessary, be addressed by motion.

DONE IN OPEN COURT this 23rd day of May, 2018.

_____
Marsha J. Pechman
United States District Judge

**Presented by:**

LAW, LYMAN, DANIEL, KAMERRER
BOGDANOVICH, P.S.

*s/ John E. Justice*
John E. Justice, WSBA No. 23042
Attorneys for Defendants

**Approved as to form and
notice of presentation waived:**

BEVERLY GRANT LAW FIRM, P.S.

*s/ Beverly Grant*
Beverly Grant, WSBA No. 8034
Elizabeth Lunde, WSBA No. 51565
Attorneys for Plaintiff

**STIIPULATION AND AGREED PROTECTIVE
ORDER – 3
Cause No.: 3:17-cv-05403-MJP**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 R.W. JOHNSON RD. TUMWATER, WA 98512
P.O. BOX 11880 OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480 FAX: (360) 357-3511*