| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| TYRONE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OLYMPIA,<br><br>Defendant. | CASE NO. C17-5403-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: Upon stipulation of the parties, Defendants' Summary Judgment Motion (Dkt. No. 47) is hereby renoted to July 20, 2018. Plaintiff shall file his opposition by July 10, 2018. The clerk is ordered to provide copies of this order to all counsel.

Filed June 28, 2018.

                    William M. McCool
                    Clerk of Court

                    s/Paula McNabb
                    Deputy Clerk

MINUTE ORDER - 1