# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TYRONE JOHNSON, | CASE NO. C17-5403-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CITY OF OLYMPIA, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: Plaintiff's Motion to File an Overlength Brief (Dkt. No. 58) is hereby DENIED. Over-length briefs are disfavored, and the Court does not find the facts of this case to be so complex as to warrant an exception to LCR 7(e).

The clerk is ordered to provide copies of this order to all counsel.

Filed July 5, 2018.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk

MINUTE ORDER - 1