# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TYRONE JOHNSON,<br><br>              Plaintiff,<br><br>    v.<br><br>CITY OF OLYMPIA, et al.,<br><br>              Defendants. | CASE NO. C17-5403-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Plaintiff's Proposed Amended Pretrial Order. (Dkt. No. 92.) The Parties' Joint Pretrial Order was filed on October 3, 2018 (Dkt. No. 84), and was stipulated to by both parties before the Pretrial Conference on October 5, 2018. Plaintiff's attempt to alter the Pretrial Order after the Pretrial Conference, and without any agreement by Defendants, is improper. The Court will adopt the Joint Pretrial Order, as filed on October 3, 2018. However, as it is the Court's responsibility to ensure that

instructions to the jury are clear, the Court will amend the case caption and the agreed facts to be read to the jury in Instruction No. 12 at paragraphs (4) and (14).

The clerk is ordered to provide copies of this order to all counsel.

Filed October 9, 2018.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk